■ JAMES GILES, Respondent, v IDA A. OROFINO et al., Appellants and Third-Party Plaintiffs-Appellants, and NISSAN MOTOR CORPORATION IN USA, Respondent and Third-Party Defendant-Respondent, et. al., Defendant and Third-Party Defendant.—Judgment, Supreme Court, Bronx County (Edward O. Provenzano, J.), entered December 20, 1985, unanimously modified, on the law and the facts, and a new trial ordered on the issue of damages only and otherwise affirmed, without costs and without disbursements, unless plaintiff, within 20 days after service upon his attorney of a copy of the order to be entered herein, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in his favor to $350,000 and to the entry of an amended judgment in accordance therewith. If plaintiff so stipulates, the judgment as so amended is affirmed, without costs and without disbursements.

After review of the record, the damages appear to us to be excessive to the extent indicated. Concur—Sandler, J. P., Sullivan, Carro, Asch and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARBARA HALL, Appellant.—Judgment of the Supreme Court, New York County (Frank J. Blangiardo, J., at *Huntley* hearing and trial), rendered April 23, 1984, convicting defendant, after a jury trial, of grand larceny in the third degree, and sentencing her as a second felony offender to an indeterminate term of from 1½ to 3 years, affirmed.

Even if it were error for the hearing court to have denied defendant's motion to suppress two inculpatory statements, an issue we find it unnecessary to determine, the error would have been harmless beyond a reasonable doubt under the circumstances presented, in which two police officers observed the defendant and her companion committing the larceny for which they were convicted. Concur—Sandler, J. P., Sullivan, Carro, Asch and Smith, JJ.